**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

RAY CHRIS MOBLEY,

    Plaintiff,

v.  CASE NO. 5:11cv288-MP-CJK

GREG PEEL, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 30, 2011. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.  This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the clerk is directed to close the file.

    **DONE and ORDERED** this 3rd day of November, 2011.

                                               *s/ M. Casey Rodgers*
                                               **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**