**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

RAY CHRIS MOBLEY,

     Plaintiff,

v.                                                                  CASE NO. 5:11cv288-MP-CJK

GREG PEEL, et al.,

     Defendants.

_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 30, 2011. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now ORDERED as follows:

     1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.   This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the clerk is directed to close the file.

     **DONE and ORDERED** this 3rd day of November, 2011.

            s/ *M. Casey Rodgers*
            **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**